IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. C06-4094 |
| ) | |
| vs. ) | |
| ) | |
| JENNIFER McDERMID, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant having consented to the making and entry of the Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint filed herein states a claim upon which relief can be granted.

2. The Defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The Defendant hereby agrees to the entry of judgment in the sum of $21,116.98 ($14,827.32 principal, and $6,289.66 interest accrued through September 1, 2006) and interest to accrue thereafter at the rate of 8% per annum to the filed date of this Consent Judgment and thereafter at the legal rate compounding annually until paid in full; $250.00 filing fee; plus accruing costs and such other further relief as the Court deems just and proper.

1

4. This Consent Judgment shall be recorded among the records of the Recorder in the County of residence of the Defendant, and all other jurisdictions where it is determined by the United States that the Defendant owns real or personal property.

5. The Defendant shall keep the United States currently informed in writing of any material change in financial situation or ability to pay, and of any change in employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 401 1st Street SE, Hach Building, Suite 400, Cedar Rapids, Iowa, 52401-1850.

6. The Defendant shall provide the United States with current, accurate evidence of assets, income and expenditures (including, but not limited to, federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States.

PREPARED AND SUBMITTED BY:

This document has been prepared by the United States Attorney's Office. Said office does not represent the interests of any party herein besides Plaintiff, United States of America ("USA"). Other parties should consult with their legal counsel before signing this document to determine the legal effect of this document.

MARTIN J. MCLAUGHLIN
Assistant United States Attorney
P.O. Box 74950
Cedar Rapids, Iowa 52407-4950
Marty.McLaughlin@usdoj.gov
319-363-6333
319-363-1990 (Fax)

2

CONSENTED TO:

_____
JENNIFER McDERMID
Defendant

712-546-1793
Defendant's Telephone

_____
Attorney for Defendant
Marten A. Trotzig
Bauerly, Trotzig, & Bauerly, PLC
104 Central Avenue NE
PO Box 336
LeMars, IA 51031-0336

## JUDGMENT ENTRY

Judgment as consented to above is hereby entered against the defendant.

DONE AND ORDERED this 24th day of April, 2007.

_____
Donald E. O'Brien    , JUDGE
US DISTRICT COURT